UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: BILLINGS, Condict
Chapter 13, Bk #98-13608 MWV

FILED
2003 AUG 27 A 9:52
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case.

2. That pursuant to § 347(a) and Rule 3011 I have remitted a check made payable to the US Bankruptcy Clerk for certain unclaimed funds regarding the following case:

> 98-13608 MWV   Condict Billings   Issued to: Diversified Financial
> 3711 Rump Drive, Suite 209
> Ft. Wayne, IN  46815
> In the amount of: $2,436.15

3. That said check has been outstanding for more than 90 days, having been sent to the address provided by the creditor on its Proof of Claim; that despite a diligent effort, the correct current addresses of the party has not been able to be ascertained.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated: August 27, 2003

Lawrence P. Sumski,
Chapter 13 Trustee
2 Wall Street
Manchester, NH  03101
ID# BNH01460

On this the 27th day of August, 2003, before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

~~Justice of the Peace~~/Notary Public



OFFICIAL SEAL
PRISCILLA JOHNSON
NOTARY PUBLIC
STATE OF NEW HAMPSHIRE
My Comm. Expires April 7, 2004

CC: Bonnie

*CERTIFICATE OF SERVICE*

    I hereby certify that on this, the 27th day of August, 2003, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, electronically or by first class mail to Attorney David Azarian, and AUST Geraldine Karonis.

Dated: August 27, 2003      /s/ *Lawrence P. Sumski*
                                          Lawrence P. Sumski